No. 72–95. TOLLETT, WARDEN v. HENDERSON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6732. CHAFFIN v. STYNCHCOMBE, SHERIFF. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–1566. BLASECKI ET AL. v. CITY OF DURHAM, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–1572. BOWLING ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–1618. OTTO v. KOSOFSKY ET AL. Ct. App. Ky. Certiorari denied.

No. 71–1705. BOMBACINO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 71–5601. SWEENEY v. COUNTY OF MONROE ET AL. Ct. App. N. Y. Certiorari denied.

No. 71–6185. MALLARD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 71–6298. GABRIELSON v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 71–6326. BLAKE v. COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 71–6644. VANDERBURGH v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.